Decided October 20, 2008

STATE OF CONNECTICUT *v.* ROBERT EDWARD
MISH, SR.

The defendant's petition for certification for appeal from the Appellate Court, 110 Conn. App. 245 (AC 27284), is denied.

*Carlos E. Candal,* special public defender, in support of the petition.

*Lisa A. Riggione,* senior assistant state's attorney, in opposition.

Decided October 20, 2008

STATE OF CONNECTICUT *v.* LEONARDO MONTOYA

The defendant's petition for certification for appeal from the Appellate Court, 110 Conn. App. 97 (AC 28164), is denied.

*Mary H. Trainer,* special public defender, in support of the petition.

Decided October 20, 2008